IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DANIEL J. MITCHELL,

    Plaintiff,                                  JUDGMENT IN A CIVIL CASE

v.                                             Case No. 11-cv-279-wmc

JAKE KRUEGER and THOMAS CICHA,

    Defendants.

      This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Jake Krueger and Thomas Cicha granting their motion for summary judgment and dismissing this case.

    /s/                                                  9/30/2013
Peter Oppeneer, Clerk of Court               Date