Notice Of Appeal To A Court Of Appeals From A Judgment or Order Of District Court Of Wisconsin

DOC NO
REC'D/FILED
2014 APR 14 AM 11:52
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

United States District Court For the Western District of Wisconsin

File Number _____

Daniel Mitchell

    v.      Plaintiff,

Jake Krueger and
Thomas Chicha,

      Defendants.

Notice of Appeal

Dist. Ct. Case No. 11-cv-279-wmc

Notice is hereby given that Daniel Mitchell in the above named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the final judgment and order, Granting defendants summary judgment on September 30, 2013. Mitchell filed a Motion to alter or amend under Fed. R. Civ. P. 59(e) and the District Court has denied said motion on March 14, 2014.

Dated this 9th day of April, 2014.

sign: *Daniel Mitchell*
Daniel Mitchell - 505159
WSPF
Box 9900
Boscobel, WI 53805
Pro se litigant