IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DANIEL J. MITCHELL,

                           Plaintiff,                           JUDGMENT

v.

                                                                 11-cv-279-wmc

JAKE KRUEGER and THOMAS CICHA,

                           Defendants.

---

On remand from the Seventh Circuit, this action came for consideration before the court with U. S. District Judge William M. Conley presiding. The remaining issues on remand have been considered and a verdict has been rendered by a jury. Consistent with that verdict,

---

      IT IS ORDERED AND ADJUDGED that final judgment is entered in favor of defendants Jake Krueger and Thomas Cicha and against plaintiff Daniel J. Mitchell.

      Approved as to form this 17th day of November, 2015.

*/s/ William M. Conley*
William M. Conley, District Judge

*/s/ Peter Oppeneer*                                      11/17/15
Peter Oppeneer, Clerk of Court                  Date